IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**DENIED**

RECEIVED
CLERK, FLORENCE S

ALLEN WRIGHT #2550   C.A NO. 1:09-TLW-SVH.

PLAINTIFF,   PLAINTIFF'S MOTION

VS.

TERRY L. WOOTEN
U.S. DISTRICT JUDGE
9-20-12

TO STAY
PROCEEDINGS AND
APPOINT COUNSEL

JASON WEBBER et. al
DEFENDANTS

PLAINTIFF MOVES THIS COURT TO STAY THE
PROCEEDINGS IN THE ABOVE TITLED CASE,
BECAUSE A SUBSTANTIAL AMOUNT OF THE
PLAINTIFF'S LEGAL MATERIALS HAVE BEEN LOSS
BY THE PRISON OFFICIALS WHILE AT PERRY
CORR. INST. AND WHILE BEING TRANSFERRED
FROM PERRY CORR INST TO ALLENDALE CORR
INST. (SEE: PLAINTIFF'S EX-PF #19-2A+B), ALSO (SEE: PLAIN-
TIFF'S DECLARATION IN OPPOSITION/OBJECTION TO
MAGISTRATES REPORT & R, IN SUPPORT OF LEAVE TO AMEND-
SUPPLEMENT COMPLAINT, IN SUPPORT OF INJUNCTION AND TRO,
AND MOTION TO STAY PROCEEDINGS - APPOINT COUNSEL (5-12)
ALSO (SEE: PLAINTIFF'S MOTION TO STAY PROCEEDING AND
APPOINT COUNSEL). IN CASE NO. 1:11-3307.

PLAINTIFF WILL BE UNFAIRLY PREJUDICED IF HE IS
NOT GRANTED A STAY OF THESE PROCEEDINGS AND OR
AN APPOINTMENT OF COUNSEL.

IN ADDITION TO PLAINTIFF'S DOCUMENTED MENTAL
CONDITION THAT HINDERS HIS ABILITY TO FOCUS AND
CONCENTRATE THE PLAINTIFF IS NOW WITHOUT
CRUCIAL INFORMATION AND DOCUMENTS RELATED
TO THESE PROCEEDINGS.

THESE EXCEPTIONAL CIRCUMSTANCES REQUIRE
A STAY OF THESE PROCEEDINGS UNTIL PRISON
OFFICIALS HAVE ADDRESSED ISSUES OF
LOSS LEGAL MATERIALS AND OR THE APPOINTMENT
OF COUNSEL TO ASSIST THE PLAINTIFF IN
MOVING FORWARD WITH THE PROSECUTION OF
HIS CASES.

, Allen Wright

1-2