IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

ALLEN WRIGHT #255369    CA NO. 2:19-TLW-SVH
    PLAINTIFF,          PLAINTIFF'S MOTION
VS.                     TO STAY
                        PROCEEDINGS AND
JASON WEBBER et. al     APPOINT COUNSEL
    DEFENDANTS

**DENIED** — Terry L. Wooten, U.S. District Judge, 9-20-12

PLAINTIFF MOVES THIS COURT TO STAY THE PROCEEDINGS IN THE ABOVE TITLED CASE, BECAUSE A SUBSTANTIAL AMOUNT OF THE PLAINTIFF'S LEGAL MATERIALS HAVE BEEN LOSS BY THE PRISON OFFICIALS WHILE AT PERRY CORR. INST. AND WHILE BEING TRANSFERRED FROM PERRY CORR INST TO ALLENDALE CORR INST. (SEE: PLAINTIFF'S EX-PF#19-2 A+B), ALSO (SEE: PLAINTIFF'S DECLARATION IN OPPOSITION/OBJECTION TO MAGISTRATES REPORT & R, IN SUPPORT OF LEAVE TO AMEND-SUPPLEMENT COMPLAINT, IN SUPPORT OF INJUNCTION AND TRO, AND MOTION TO STAY PROCEEDINGS-APPOINT COUNSEL (#5-12) ALSO (SEE: PLAINTIFF'S MOTION TO STAY PROCEEDING AND APPOINT COUNSEL). IN CASE NO. 1:11-3307.

PLAINTIFF WILL BE UNFAIRLY PREJUDICED IF HE IS NOT GRANTED A STAY OF THESE PROCEEDINGS AND OR AN APPOINTMENT OF COUNSEL.

IN ADDITION TO PLAINTIFF'S DOCUMENTED MENTAL CONDITION THAT HINDERS HIS ABILITY TO FOCUS AND CONCENTRATE THE PLAINTIFF IS NOW WITHOUT CRUCIAL INFORMATION AND DOCUMENTS RELATED TO THESE PROCEEDINGS.

THESE EXCEPTIONAL CIRCUMSTANCES REQUIRE A STAY OF THESE PROCEEDINGS UNTIL PRISON OFFICIALS HAVE ADDRESSED ISSUES OF LOSS LEGAL MATERIALS AND OR THE APPOINTMENT OF COUNSEL TO ASSIST THE PLAINTIFF IN MOVING FORWARD WITH THE PROSECUTION OF HIS CASES.

/s/ Allen Wright

1-2