IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

ALLEN WRIGHT #258697     C/A NO. 6:11-2099-37-TLW
    PLAINTIFF,
VS.                      PLAINTIFFS'
                         MOTION FOR RELIEF
JASON WEBBER et. al.     FROM A JUDGEMENT
    DEFENDANTS,          OR ORDER-RULE 60(b)(6)

PLAINTIFF MOVES THIS COURT ON MOTION FOR RELIEF FROM THE COURTS FINAL JUDGEMENT IN THE ABOVE TITLED CASE PURSUANT TO RULE 60(b)(6) OF FRCP.

BECAUSE THE DISTRICT COURT JUDGE ADOPTED THE MAGISTRATES' REPORT AND RECOMMENDATION THAT CONCLUDED PLAINTIFFS' CASE SHOULD BE DISMISSED WITH PREJUDICE AND DEFENDANTS BE GRANTED SUMMARY JUDGEMENT, BECAUSE PLAINTIFF HAD NOT RESPONDED SUBSTANTIVELY TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT ON OR BEFORE APRIL 18TH, 2012 PURSUANT TO ORDER DATED MARCH 3, 2012 AND THEREFORE COULD NOT WITHSTAND SUMMARY JUDGEMENT. HOWEVER THE OVERLOOKED THE REASONS FOR THE FAILURE. PLAINTIFF CONTENDS FAILURE WAS DUE TO MIS-UNDERSTANDING BY A PRO SE PRISONER LITIGANT WITH A DOCUMENTED MENTAL ILLNESS, FOR WHICH HE IS AND HAS BEEN UNDER DOCTORS CARE SINCE OCT 7, 2010, NO TRAINING OR EXPERIENCE IN LAW - EXCUSABLE NEGLECT - NOT WILLFUL DISREGARD).

FURTHER, PLAINTIFF HAS NOW SUBMITTED HIS AMENDED SUPPLEMENTAL PLEADINGS (PURSUANT TO RULE 15(b), AND THESE PLEADINGS WILL AID IN PRESENTING THE MERITS OF THE PLAINTIFFS' CLAIMS BY SETTING FORTH SPECIFIC FACTS AND EVIDENCE THAT SUPPORT PLAINTIFFS' CLAIMS.

DEFENDANTS WILL NOT BE PREJUDICE BY A GRANT OF RELIEF FROM THE ABOVE MENTION JUDGEMENT.

IN THE INTEREST OF JUSTICE AND FINALITY PLAINTIFF REQUEST RELIEF FROM DISTRICT JUDGES FINAL JUDGEMENT (RE-OPEN PLAINTIFFS' CASE).

Allen Wright

1.

DENIED
Terry L. Wooten 10/15/12
TERRY L. WOOTEN
U.S. DISTRICT JUDGE

RECEIVED
USDC CLERK, COLUMBIA, SC
2012 OCT 11 PH 2:09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

ALLEN WRIGHT #255697　　　　C/A NO. 1:11-2199-TLW
　　　PLAINTIFF,
　　　　　　　　　　　　　　　　CERTIFICATE
VS.　　　　　　　　　　　　　　　　　OF
JASON WEBBER et. al.　　　　　　SERVICE
　　　DEFENDANTS,

THE UNDERSIGNED HEREBY CERTIFIES THAT HE HAS SERVED ON U.S. DISTRICT COURT AND DEFENDANTS, PLAINTIFFS' MOTION FOR RELIEF FROM A JUDGEMENT OR ORDER RULE-60(b)(6). BY U.S. MAIL, POSTAGE PRE PAID, ADDRESSED AS FOLLOWS:

U.S. DISTRICT COURT
CLERK'S OFFICE
901 RICHLAND STREET
COLUMBIA, S.C. 29201

MCDONALD PATRICK POSTON
HEMPHILL & ROPER, LLC.
414 MAIN STREET
GREENWOOD, S.C. 29648-1547

DATE: OCT. 3, 2012

　　　　　　　　　　　　　　　Allen Wright