IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

WRIGHT #255697
PLAINTIFF,

C/A NO. 1:11-2199-TLW

vs.

PLAINTIFF'S MOTION
TO ALTER/AMEND
JUDGEMENT
RULE-59(e)

WEBBER et al.
DEFENDANTS,

DENIED
TERRY L. WOOTEN
U.S. DISTRICT JUDGE

NOW COMES PLAINTIFF RESPECTFULLY TO MOVE THIS COURT ON MOTION TO ALTER AND AMEND ITS JUDGEMENT IN THE ABOVE TITLED CASE. PURSUANT TO RULE 59. OF THE FRCP. PLAINTIFF REQUEST THAT THE MAGISTRATE RECALL THE RULING SET FORTH IN THE REPORT AND RECOMMENDATION ENTERED ON 7/3/12.

PLAINTIFF HAS NOW SUBMITTED HIS AMENDED/SUPPLEMENTAL PLEADINGS (RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT AND OBJECTIONS TO MAGISTRATES' REPORT AND RECOMMENDATION) THESE PLEADINGS WILL AID IN PRESENTING THE MERITS OF THE PLAINTIFFS CASE BY CONFORMING TO THE EVIDENCE AND SETTING FORTH EVIDENCE WITH SPECIFICITY TO SUPPORT HIS CLAIMS.

DEFENDANTS WILL NOT BE PREJUDICED BY AN ALTERED/AMENDED JUDGEMENT IN MAINTAINING THEIR DEFENSE.

THE MAGISTRATES' REPORT AND RECOMMENDATION CONTENDS THAT THE PLAINTIFF HAD NOT RESPONDED SUBSTANTIVELY TO DEFENDENTS MOTION FOR SUMMARY JUDGEMENT. AND PLAINTIFF IN HIS INITIAL OBJECTIONS TO MAGISTRATES REPORT AND RECOMMENDATION SHOWED WITH DOCUMENTARY EVIDENCE / DECLARATION AND CASE LAW THAT HIS FAILURE TO RESPOND WAS DUE TO MISUNDERSTANDING BY A PRO SE PRISONER LITIGANT WHO SUFFERS FROM A MENTAL ILLNESS, WITH NO TRAINING AND EXPERIENCE IN LAW. AND THAT HE WAS JUSTIFIED IN HIS BELIEF THAT HE WAS EXCUSED FROM RESPONDED BECAUSE MAGISTRATE HAD GRANTED EXTENSION TO DEFENDANTS THAT EXTENDED BEYOND THE APRIL 18TH, 2012 DATE THAT WAS SET FORTH-ORDERED BY MAGISTRATE TO RESPOND (SEE PLAINTIFFS OBJECTION TO MAGISTRATES'

1.

REPORT AND RECOMMENDATION AND DECLARATION IN SUPPORT OF.

ALSO THE COURT SHOLD NOTE THAT THE PLAINTIFF SOUGHT AND RECEIVED AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATES' REPORT AND RECOMMENDATION AND WAS GRANTED UNTIL THE 20TH OF AUGUST, 2012 TO DO SO, THEREFORE PLAINTIFF HAD UNTIL THE 20TH OF AUGUST TO AMEND/SUPPLEMENT HIS INITIAL OBJECTIONS FILED ON AUGUST 6TH, 2012, BUT WAS UNABLE TO DUE TO CIRCUMSTANCES BEYOND HIS CONTROL. WHICH INCLUDE LEGAL MATERIALS BEING LOSS BY PRISON OFFICIALS DURING THE PLAINTIFFS' TRANSFER FROM PERRY CORR. INST TO ALLENDALE CORR. INST. ON AUG. 9, 2012. (EXHIBITS ON FILE).

IN THE INTEREST OF JUSTICE AND FINALITY PLAINTIFF REQUEST THE ABOVE MENTIONED JUDGEMENT BE ALTERED AND OR AMENDED RE-OPENING PLAINTIFFS' CASE.

*Allen Wright*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

ALLEN WRIGHT #255697
PLAINTIFF,

C/A NO. 1:11-2199-TLW

VS.

JASON WEBBER et al
DEFENDANTS.

CERTIFICATE
OF
SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT HE HAS SERVED ON U.S. DISTRICT COURT AND DEFENDANTS, PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGEMENT — RULES 59(e). BY U.S. MAIL, POSTAGE PREPAID, ADDRESSED AS FOLLOWS:

U.S. DISTRICT COURT
CLERKS OFFICE
901 RICHLAND STREET
COLUMBIA, S.C. 29201

MCDONALD PATRICK POSTON
HEMPHILL & ROPER, LLC.
414 GREENWOOD, S.C. 29648-1347

DATE: OCT. 3, 2012

/s/ Allen Wright